No. 34,412

United States Hoffman Machinery Corporation, *Appellant,* v. Karl F. Ebenstein, doing business as The American Curtain and Rug Company, *Appellee.*

(103 P. 2d 788)

Opinion on rehearing filed July 6, 1940.
(For original opinion of affirmance, see 150 Kan. 790, 96 P. 2d 661.)

*H. S. Roberts,* of Kansas City, *T. G. Newbill* and *W. A. Brannock, Jr.,* both of Kansas City, Mo., for the appellant.

*Louis R. Gates,* of Kansas City, for the appellee.

The opinion of the court was delivered by

Allen, J.: The motion of appellant for a rehearing in this case was granted. (For original opinion, see *United States Hoffman Machinery Corp. v. Ebenstein,* 150 Kan. 790, 96 P. 2d 661.) Supplemental briefs have been filed, and the case has been reargued. We have examined the questions presented and argued, and adhere to the conclusions reached in our former opinion.

The judgment is affirmed.